UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**NAOMI SANDRES**  **CIVIL ACTION**

**VERSUS**  **NUMBER 08-563-RET-DLD**

**STATE OF LOUISIANA, DIVISION OF ADMINISTRATION AND OFFICE OF RISK MANAGEMENT**

## ORDER

This matter is before the court on a referral from the district court on plaintiff's "motion to have complaint and amended complaint served by United States Marshal before 60 days end after plaintiff filed complaint with Magistrate Judge grant of in forma pauperis and U.S. Marshal Service," filed herein on November 6, 2008. (rec. doc. 12) In her motion, plaintiff alleges that service is "deliberately being held back but at this time the reason is not clear."

The court directs plaintiff to its orders dated September 22, 2008 (rec. doc. 5), and October 23, 2008 (rec. doc. 10), wherein the plaintiff is responsible for promptly providing a completed U.S. Marshal Form 285 for each defendant (three for each United States agency, corporation or officer named as a defendant) to the United States Marshal. Plaintiff acknowledges receiving Form 285 from the court, but does not indicate whether she completed or returned the form. The court therefore cannot determine why service has not been made because plaintiff has not stated that she complied with the court's orders. Moreover, the time limit of 120 days for effecting service has not yet passed.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion is **DISMISSED as premature**.

Signed in Baton Rouge, Louisiana, on November 13, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**